I respectfully dissent. The FAA applies only if the particular contract which contains the arbitration agreement substantially affects interstate commerce. 9 U.S.C. § 1 and § 2; Alafabco, Inc. v. Citizens Bank, [Ms. 1010703, August 30, 2002] ___ So.2d ___ (Ala. 2002); Sisters of theVisitation v. Cochran Plastering Co., 775 So.2d 759 (Ala. 2000); andRogers Found. Repair, Inc. v. Powell, 748 So.2d 869 (Ala. 1999). The particular contract in this case is the equity line of credit agreement. For *Page 942 
a substantial effect on interstate commerce, however, the main opinion relies entirely on other distinct contracts and transactions collateral to or even unrelated to the equity line of credit agreement. Therefore, the FAA does not govern this case and does not preempt the Alabama law foreclosing the specific enforcement of arbitration agreements, §8-1-41(3), Ala. Code 1975.